STATE OF NEW JERSEY v. JOHN HERRING.

September 21, 1972.  Petition for certification denied.

DAVID MEYERS v. ESTATE OF ALFRED G. S. MOODY, *ET AL.*

September 21, 1972.  Petition for certification denied.

STATE OF NEW JERSEY v. MILTON ADAMS.

September 21, 1972.  Petition for certification denied.

STATE OF NEW JERSEY v. RICHARD LOPEZ.

September 21, 1972.  Petition for certification denied.

K. H. COMPANY v. MAYOR AND COUNCIL OF THE BOR-
OUGH OF ENGLEWOOD CLIFFS.

September 21, 1972.  Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS R. WALTON, *ET AL.*

September 21, 1972.  Petition for certification denied.